IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE HOLLAND GROUP OF TENNESSEE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:09cv147 ) JURY DEMAND |
| GENESIS PROFESSIONAL STAFFING, INC., | ) ) ) ) U.S. District Judge Haynes |
| Defendant. | ) |

## [PROPOSED] ORDER AND DEFAULT JUDGMENT

THIS MATTER having come before this Court on the Application for Entry of Default Judgment ("Application") filed by Plaintiff, The Holland Group of Tennessee, Inc. ("Plaintiff"), this Court, having considered the Application and record in this case, and for other good cause appearing, hereby CONCLUDES that the Application should be GRANTED.

The Court further finds as follows:

A. Defendant Genesis Professional Staffing, Inc. ("Defendant") was served process on March 11, 2009, via certified return-receipt mail.

B. The Defendant failed to respond to or otherwise defend the allegations in the Complaint.

C. The Plaintiff is entitled to a default judgment against the Defendant.

D. This case involves compensatory damages in the amount of $101,633.45 apparent and calculable according to the Complaint and affidavits filed with the Court.

Accordingly, this Court ORDERS, ADJUDGES AND DECREES that the Application is GRANTED.

This Court further ORDERS, ADJUDGES AND DECREES that a monetary judgment against the Defendant in the amount of $101,633.45, plus pre-judgment and post-judgment interest, be enforced. The Court directs the Plaintiff to submit an appropriate application for its costs, attorneys' fees, and other nontaxable expenses, in accordance with Local Rule 54.01.

This Court further ORDERS, ADJUDGES AND DECREES that the Clerk shall assess all costs to the Defendant.

The Court further ORDERS, ADJUDGES AND DECREES that all writs and other process necessary to enforce the judgment contained herein shall issue in favor of the Plaintiff.

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR.
United States District Judge

2775121.1
Case 3:09-cv-00147 Document 15-1 Filed 05/26/2009 Page 2 of 3
Case 3:09-cv-00147 Document 19 Filed 06/30/09 Page 2 of 2 PageID #: 113